STATE of Missouri, Respondent,

v.

Michael NUNN, Appellant.

No. 47992.

Missouri Court of Appeals,
Eastern District,
Division Two.

Jan. 29, 1985.

Motion for Rehearing and/or Transfer to Supreme Court Denied March 26, 1985.

Richard H. Sindel, Clayton, for appellant.

John Munson Morris, Asst. Atty. Gen., Jefferson City, for respondent.

ORDER

PER CURIAM.

Michael Nunn was convicted of arson in the first degree; burglary first degree; assault in the first degree and two counts of assault third degree. No jurisprudential purpose would be served by an extended written opinion. The judgment of the trial court is affirmed pursuant to Rule 30.25(b).